UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00282-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FARRELL LEE CHATMAN | ORDER |

UPON Joint Motion by the Defendant and the Untied States Attorney's Office and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the Defendant shall be arraigned and sentenced on December 15, 2015.

This the __1__ day of December, 2015.

_____Dever_____
The Honorable James C. Dever, III
Chief United States District Judge